UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA VARRATO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>　　　　　　Defendant. | Case No.  2:22-cv-1237 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Convergent Outsourcing, Inc. ("COI"), by its attorney, hereby removes this action from the Court of Common Pleas of Allegheny County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania. In support of this Notice of Removal, Defendant states as follows:

　　1.　　Plaintiff Cynthia Varrato, originally commenced this action by filing a Complaint against Defendant in the Court of Common Pleas of Allegheny County, Pennsylvania, where it is presently captioned as *Cynthia Varrato v. Convergent Outsourcing, Inc.,* Docket No.: AR-22-002181. No further proceedings before the State court have occurred.

　　2.　　In the Complaint, plaintiff alleges a statutory cause of action against Defendant.  A true and correct copy of the Complaint is attached hereto as Ex. "A."

3. Plaintiff accuses Defendant of violating the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

4. Defendant received Plaintiff's Summons and Complaint on or about August 2, 2022.

5. This Court has jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claim is founded upon a claim or right arising under the laws of the United States.

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which Defendant received Plaintiff's Summons and Complaint. *See* 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to Court of Common Pleas of Allegheny County, Pennsylvania. *See* Ex. "B."

8. Written notice of this Notice of Removal of this action is being caused to be served on the Plaintiff.

WHEREFORE, Defendant Convergent Outsourcing, Inc. gives notice that this action is removed from the Court of Common Pleas of Allegheny County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania.

Dated: August 26, 2022                    Respectfully Submitted,

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq. (#73683)
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, NJ 08822

Telephone No.: (908) 237-1660
Facsimile No.: (877) 344-0661
aeasley@sessions.legal
*Attorney for Defendant,*
*Convergent Outsourcing, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2022 a copy of the foregoing was served on all counsel and parties of record electronically via CM/ECF and U.S. Mail.

Joshua P. Ward
Pa. I.D. No. 320347
J.P. Ward & Associates, LLC
The Rubicon Building
 201 South Highland Avenue Suite 201
Pittsburgh, PA 15206

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq.