# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA VARRATO, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Civil Action No. 2:22-cv-01237-JFC |
| v. ) | |
| ) | Judge Joy Flowers Conti |
| CONVERGENT OUTSOURCING, INC. ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## STIPULATION TO DISMISS CASE WITH PREJUDICE

On behalf of the Plaintiff, Cynthia Varrato, and Defendant, Convergent Outsourcing, Inc., both parties' and counsel consent to dismissal of the above matter. Both parties consent to being responsible for their own tax consequences and bear its own fees and costs. Please kindly dismiss this case with prejudice pursuant to Fed.R.Civ.P. 41 (a)(1)(ii).


**J.P. WARD & ASSOCIATES, LLC.:**         **SESSIONS, ISRAEL & SHARTLE, LLC:**

*/s/ Travis A. Gordon*                     */s/ Aaron R. Easley*
Travis A. Gordon, Esquire                  Aaron R. Easley, Esquire
PA ID # 328314                             PA ID # 73683
Counsel for Plaintiff                      Counsel for Defendant



**SO ORDERED:**            s/Joy Flowers Conti
                           Hon. Joy Flowers Conti
Date: March 31, 2023       Senior U.S. District Court Judge